## Oudenarde *vs.* Van Bergen.

THE Plaintiff had filed his Declaration in vacation; and the Rule to plead having expired, he entered interlocutory judgment the laſt Term, without having firſt entered a default.

*Spencer* for Defendant moved to ſet aſide this judgment, on the ground that no default had previouſly been entered.

On the laſt day of Term, Mr. *Juſtice Lanſing* delivered the unanimous opinion of the Court.

" When this queſtion was preſented in the firſt " inſtance, I did ſuppoſe that the entry of the " default could not, under the exiſting rule, have " any other effect, than merely to preclude the " oppoſite Party from pleading ; and that the " Plaintiff might waive the entry of the default, " and enter a Rule for Judgment.

" Upon further reflection on the ſubject, and " after carefully examining the eighth Rule entered " in April Term, 1796, it appears to me to be the " better conſtruction, that the entry of the de- " fault is indiſpenſable to entitle the Plaintiff to " his judgment, the expreſſion being, " *That the* " *default being duly entered, the Party who ſhall* " *have had it entered, ſhall not be held afterwards* " *to accept a Declaration or Anſwer, as the Default* " *ſhall happen to be, and may at any Time after four* " *Days in Term ſhall have intervened thereafter,* " *have a Rule for ſuch Judgment as is to be rendered* " *by Law, by reaſon of the default.*" This impoſes " it on the party entering the Default to file the " neceſſary proofs to evince its regularity ; and " if any ſubſequent queſtion ariſes on that ſub- " ject, a reſort to thoſe proofs affords a determi- " nate teſt.

" We are all of opinion that the interlocutory " judgment be ſet aſide."